UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00346-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LUIS FRANCISCO BUSANI-FRANCO,

      Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, September 23, 2009,** and responses to these motions shall be filed by **Monday, October 5, 2009.** It is

FURTHER ORDERED that a 2-day jury trial is set to commence **Monday, October 19, 2009, at 9:00 a.m. in courtroom A-1002.** Finally, it is

ORDERED that the parties shall promptly advise the Court if a hearing on pending motions or final trial preparation conference needs to be set.

Dated this 19th day of August, 2009.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge