UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00346-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LUIS FRANCISCO BUSANI-FRANCO,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on October 6, 2009.  A Change of Plea hearing is set for **Monday, November 23, 2009, at 9:00 a.m.**  The 2-day jury trial set to commence **Monday, October 19, 2009, at 9:00 a.m.** is **VACATED.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      October 6, 2009